IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RENAUD TERMITUS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MSC INVESTMENT AND | : | CIVIL ACTION NO. |
| MANAGEMENT, LLC, | : | 1:13-CV-0172-AT |
| | : | |
| Defendant. | : | |

# **ORDER**

The parties filed a Joint Motion for Review and Approval of Settlement and Release Agreement on June 16, 2014 along with their proposed Settlement Agreement and Release. [Doc. 20]. The Court subsequently held a conference with counsel regarding the manner in which the settlement amounts were calculated and reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action.

Therefore, the Court **GRANTS** the Parties' Joint Motion for Approval of Settlement [Doc. 20] and **APPROVES** the Settlement Agreement and Release.

2

**IT IS SO ORDERED** this 25th day of June, 2014.

_____
**Amy Totenberg
United States District Judge**